```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18924
   CHRISTOPHER W MANUEL
   INEZ D MANUEL                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1906    SSN XXX-XX-0828

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/12/2007 and was confirmed 11/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/19/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
LITTON LOAN SERVICING      CURRENT MORTG         .00              .00           .00
LITTON LOAN SERVICING      MORTGAGE ARRE    8267.84              .00           .00
PEAK 5                     SECURED VEHIC    4490.00           189.67        718.28
TRIAD FINANCIAL CORP       SECURED VEHIC   11550.00           510.78       1066.57
PEAK 5                     UNSECURED        5116.60              .00           .00
TRIAD FINANCIAL CORP       UNSECURED       NOT FILED             .00           .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED             .00           .00
WOW INTERNET & CABLE SER   UNSECURED       NOT FILED             .00           .00
SULLIVAN URGENT AID CENT   UNSECURED       NOT FILED             .00           .00
GREAT AMERICAN FINANCE     UNSECURED       NOT FILED             .00           .00
HEIGHTS CREDIT UNION       UNSECURED        6969.17              .00           .00
SULLIVAN URGENT AID        UNSECURED       NOT FILED             .00           .00
ILLINOIS LENDING GROUP     UNSECURED       NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       10788.07              .00           .00
ST MARGARET MERCY MED AS   UNSECURED       NOT FILED             .00           .00
MONTEREY COLLECTIONS       UNSECURED         424.68              .00           .00
INGALLS MEMORIAL HOSPITA   UNSECURED       NOT FILED             .00           .00
ECMC                       UNSECURED         962.95              .00           .00
RMI/MCSI                   UNSECURED         750.00              .00           .00
FIRST CASH FINANCIAL       UNSECURED       NOT FILED             .00           .00
WASHINGTON MUTUAL          UNSECURED       NOT FILED             .00           .00
ECMC                       UNSECURED            .00              .00           .00
ECMC                       UNSECURED            .00              .00           .00
IL STATE DISBURSEMENT UN   NOTICE ONLY     NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          763.54              .00           .00
MONTEREY FINANCIAL         SECURED           650.00            15.70        159.35
RMI/MCSI                   UNSECURED          300.00              .00           .00
ER SOLUTIONS INC           UNSECURED          676.61              .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,849.50                       1,556.38
TOM VAUGHN                 TRUSTEE                                           337.53
DEBTOR REFUND              REFUND                                            288.02


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18924 CHRISTOPHER W MANUEL & INEZ D MANUEL
```

```
     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,842.28

PRIORITY                                              .00
SECURED                                          1,944.20
    INTEREST                                       716.15
UNSECURED                                             .00
ADMINISTRATIVE                                   1,556.38
TRUSTEE COMPENSATION                               337.53
DEBTOR REFUND                                      288.02
                        ---------------       ---------------
TOTALS                   4,842.28                4,842.28
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE